UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BECKY TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:11CV1747 RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on Becky Taylor's appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Shirley Padmore Mensah, who filed her Report and Recommendation on November 9, 2012. Judge Mensah recommended that the Commissioner's decision to deny benefits be reversed and that this case be remanded for further proceedings. Judge Mensah found that the Administrative Law Judge's determination was not supported by some medical evidence addressing Plaintiff's ability to function in the work place.

Any objections to Judge Mensah's Report and Recommendation had to be filed by November 23, 2012. Neither of the parties has filed an objection as of today's date.

After careful consideration, I will adopt and sustain the thorough reasoning of Judge Mensah set forth in support of her recommended ruling.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Mensah [#22] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED that**, pursuant to sentence-four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings in accordance with the Report and Recommendation.

                                                  _____
                                                  RODNEY W. SIPPEL
                                                  UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2013.